**IT IS ORDERED as set forth below:**



**Date: June 14, 2019**

*Susan D. Barrett*
United States Bankruptcy Judge
Southern District of Georgia

---

# UNITED STATES BANKRUPTCY COURT
## For the Southern District of Georgia

In the matter of:

Kashandra L. Burton ) Chapter 13
)
)
) Case No. 18-30246-SDB
Debtor(s) )

### ORDER ON TRUSTEE'S MOTION TO INCREASE PAYMENTS OR IN THE ALTERNATIVE TO DISMISS

Upon having read and considered the above Motion, the same is hereby:

[✓] Granted and

  [✓] Plan payments are increased to $ 175.00 for the balance of the plan beginning June 2019.
  [ ] Debtor(s) pay $ _____ by _____.
  [ ] Debtor(s) pay $ _____ per _____ until _____.

  [ ] Debtor(s) case is dismissed
    [ ] With prejudice against re-filing for 180 days.
    [ ] Unless Debtor(s) convert to Chapter 7 within fourteen (14) days, $25 conversion fee is due upon filing of notice of conversion.

Chapter 13 Case No. 18-30246-SDB

Page 2

☐ Denied.

☐ Continued to the _____ term of Court.

    ☐ With payments of $_____ in the interim.

☐ Upon failure to strictly comply with any term hereof or the Plan, the Trustee shall file and serve a Notice of Non-Compliance. If no request for hearing is filed within fourteen (14) days of the Notice of Non-Compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

**[END OF DOCUMENT]**

**Consented to by:**

_____
Debtor

_____
Debtor

_____ GA Bar No: 732413
Attorney for Debtor Michan Walker

_____
Chapter 13 Trustee/Attorney for
Huon Le, Jane Miller

S70